## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA S. AGNEW,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC., and<br>LOWE'S HOME CENTERS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)    Civil No. 3:05-0818<br>)    Judge Trauger<br>)    Magistrate Judge Knowles<br>)<br>)<br>)<br>) |

## **O R D E R**

On December 13, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed with prejudice. (Docket No. 24) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendants' Second Motion to Dismiss (Docket No. 20) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, subject to the Magistrate Judge's ruling on a pending request for attorney's fees. The first Motion to Dismiss (Docket No. 13) and Motion to Amend Scheduling Order (Docket No. 18) are **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 25th day of January 2007.

_____
ALETA A. TRAUGER
U.S. District Judge